# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**Nathan Ochsner, Clerk**
Clerk of Court

**HOUSTON DIVISION**
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

To: Kentucky Eastern District Court
101 Barr Street, Room 206
Lexington, KY 405071313

RE: Transfer of Criminal Action No. 4:26−cr−00533, USA v. Joshua Donald Ewing
Your case no: 5:16−cr−00036

Dear Clerk:

Enclosed is a certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. It is not necessary to send copies of the indictment, judgment, and docket sheet as we have already obtained copies of these documents from PACER. Please forward any transfer documents that are not accessible through PACER.

Nathan Ochsner, Clerk

Date: August 17, 2026

By: G. Kelner
Deputy Clerk